**Order entered July 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00554-CV

## IN THE INTEREST OF J.A.C. AND Z.C.C., CHILDREN

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-54259-2014

## ORDER

We **REINSTATE** this appeal.

This appeal was abated to allow the trial court to comply with this Court's June 11, 2015 order to make findings of fact and conclusions of law. Before the Court is the July 20, 2015 motion of Nathan Cramer for contempt for failure to comply with this Court's order for entry of findings of fact and conclusions of law. The trial court signed findings of fact and conclusions of law on July 8, 2015. On July 24, 2015, the Court received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **DENY** as moot the motion for contempt.

/s/     ELIZABETH LANG-MIERS
        JUSTICE